# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2446
LT Case No. 2022-305824-CFDB

_____

TIANA TILGHMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant
Public Defender, Daytona Beach, for Appellant.

Tiana Tilghman, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.


February 6, 2024


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MacIVER, and PRATT, JJ., concur.

------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

------------------------